JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336/Fax: (702) 388-6418
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00529-DJA |
| Plaintiff, | **Stipulation for an Order Directing Probation to Prepare a Criminal History Report** |
| v. | |
| GILBERTO IBARRA-MORENO, aka "Carlos Fernandez," | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M.

Frierson, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney,

counsel for the United States of America, Rene L. Valladares, Federal Public Defender, and

Megan Hopper-Rebegea, Assistant Federal Public Defender, counsel for Defendant

GILBERTO IBARRA-MORENO, that the Court direct the U.S. Probation Office to

prepare a report detailing the defendant's criminal history.

This stipulation is entered into for the following reasons:

1.      The United States Attorney's Office has developed an early disposition

program for immigration cases, authorized by the Attorney General pursuant to the

1  PROTECT ACT of 2003, Pub. L. 108-21. Pursuant to this program, the government has

2  extended to the defendant a plea offer in which the parties would agree to jointly request an

3  expedited sentencing immediately after the defendant enters a guilty plea.

4      2.      The U.S. Probation Office cannot begin obtaining the defendant's criminal

5  history until after the defendant enters his guilty plea unless the Court enters an order

6  directing the U.S. Probation Office to do so. Such an order is often entered in the minutes of

7  a defendant's initial appearance when charged by indictment.

8      3.      The U.S. Probation Office informs the government that it would like to begin

9  obtaining the criminal history of defendants eligible for the early disposition program as

10  soon as possible after their initial appearance so that the Probation Office can complete the

11  Presentence Investigation Report by the time of the expected expedited sentencing.

12      4.      Accordingly, the parties request that the Court enter an order directing the

13  U.S. Probation Office to prepare a report detailing the defendant's criminal history.

14      DATED this 12th day of July, 2022.

15                          Respectfully Submitted,

16

17  RENE L. VALLADARES          JASON M. FRIERSON
    Federal Public Defender         United States Attorney

18

19  /s/ Megan Hopper-Rebegea      /s/ Jared L. Grimmer
    MEGAN HOPPER-REBEGEA     JARED L. GRIMMER
    Assistant Federal Public Defender  Assistant United States Attorney

20  Counsel for Defendant GILBERTO
    IBARRA-MORENO

21

22

23

24

2

1

2

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

3    UNITED STATES OF AMERICA,

4            Plaintiff,

5            v.

6    GILBERTO IBARRA-MORENO,
        aka "Carlos Fernandez,"

7

8            Defendant.

Case No. 2:22-mj-00529-DJA

**Order Directing Probation to
Prepare a Criminal History Report**

9        Based on the stipulation of counsel, good cause appearing, and the best interest of

10   justice being served:

11       IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a

12   report detailing the defendant's criminal history.

13       DATED this __14th__ day of July, 2022.

14

15   _____
     HONORABLE DANIEL J. ALBREGTS
16   UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

3