UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GILBERTO IBARRA-MORENO,<br>  aka "Carlos Fernandez,"<br><br>Defendant. | Case No. 2:22-cr-00162-CDS-EJY<br><br>**Order Granting Motion to Unseal Case**<br>**[ECF No. 21]** |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Gilberto Ibarra-Moreno,* is unsealed.

**DATED** this 19th day of September, 2022.

By the Court:

_____
Honorable Cristina D. Silva
United States District Judge